## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | **4:12MJ3012** |
| | ) | |
| **vs.** | ) ) | **DETENTION ORDER** |
| | ) | |
| **GUSTAVO LEMUS,** | ) ) | **COMPLAINT** |
| **Defendant.** | ) ) | |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 5 (d)(3),

IT IS ORDERED,

1)   The above-named defendant shall be detained pending the preliminary hearing in this case.

2)   A preliminary hearing will be held on **February 24, 2012 at 10:00 a.m.** before the undersigned magistrate judge.  Counsel for the government, defense counsel, and the defendant shall attend the hearing.


February 16, 2012                    BY THE COURT:


                                     *s/Cheryl R. Zwart*
                                     Cheryl R. Zwart
                                     United States Magistrate Judge